

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING OR, IN THE ALTERNATIVE, MOTION FOR EN BANC
RECONSIDERATION

Appellate case name: Trokamed GmbH v. Richard Vieira and Christy Vieira, Individually, and Richard Vieira, as Representative of the Estate of Janice C. Vieira

Appellate case number: 01-17-00485-CV

Trial court case number: 2016-60164

Trial court: 234th District Court of Harris County

Party filing motion: Appellees

     The panel has voted to deny appellees' joint motion for rehearing. The en banc court has unanimously voted to deny appellees' alternative joint motion for rehearing en banc. It is ordered that the motion is **DENIED**.

Judge's signature: /s/ Russell Lloyd
                  Acting for the Court*

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: September 6, 2018